Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| David Bul<br><br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>2 Logan police officers<br>Mr. Kelly and Rebecca<br><br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☐ Yes ☒ No |

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS
2022 APR -5 PM 12: 54

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: David A. Bul
   Street Address: 314 Washington Street
   City and County: Malden, MA
   State and Zip Code: 02148
   Telephone Number: 781-874-5562
   E-mail Address: nimulool@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
Name: Mr. Kelly C. Joseph
Job or Title (if known):
Street Address: 439 Washington St
City and County: Dedham M, 02026
State and Zip Code:
Telephone Number: 781-329-2911
E-mail Address (if known):

Defendant No. 2
Name: Ms. ~~Martha~~ Rebecca
Job or Title (if known):
Street Address: 439 Washington Street
City and County: Dedham MA 02026
State and Zip Code:
Telephone Number: 781-329-2911
E-mail Address (if known):

Defendant No. 3
Name: Logan Airport (2) Police Officers
Job or Title (if known):
Street Address: One harborside drive
City and County: Suite 200S East
State and Zip Code: Boston, MA
Telephone Number: 617 568-5000
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __David But__, is a citizen of the State of *(name)* __MA__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached documents*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# Statement Of Claim.

I'm here to open case about incident that took place in Boston Logan Airport on Friday (03-25-22) around 11 AM where two police officers (one in civilian clothes) and other in uniform came and handicuffed my arms; where I had an appointment in nearby badging office. I was transported to other location to be introgate with heavy metal chain placed in ankle joints, and they said I have strengholding somebody in Chelsea and it is mention in computer. When I went to Chelsea to find out who I strengholding I found two people (Mr. Kelly know as Joseph C. Kelly and Ms. Rebecca) argue about strengholding without providing evident about who did I strengholding in Chelsea.

I brought same case to court in may 2020 about handicupping and detention that I were put into in Chelsea which resulted in lose of personal propriety includes place of stay. →

Therefore, I'm bring this case into court because it is too much presecuation without evident of Strengholding because I did not Strengholding anybody.
This case was examined in 2020 where I described handicupped and detention that took place in Chelsea that resulted in many loses includes place of stay due to restraining which was carryont; and Police officer who involved incident was called Vega JK. In this case, the incidat is still Follow, and I think it is too much peesecuation. The copies of previous case are attached.

<mark>②</mark>

It look like same case was revive with different people that are responsible for incident of 3-25-22 in which I was handicupped, introgated, includes heavy metal chain being put in ankle joints for certain duration of time. Mr. Kelly and Ms. Rebecca were one insisting that I strengholding somebody called Garcia. Therefore, I'm open case against both Mr. Kelly and Ms. Rebecca, and two police officers who handicupped my arms includes heavy metal chain being placed in my ankle joints. They (Mr. Kelly and Ms. Rebecca) are ones responsible for spreading strengholding into other towns includes Boston Airport where I worked as federal worker for Aviation Security Services. (A-C-t-S). Logan police officers (2) were ones responsible for handicupping, introgation, and heavy metal chain tied in joints.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _[signature]_ 4-05-22

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff David Ben

B. **For Attorneys**

Date of signing: _[signature]_

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address